# United States District Court

WESTERN DISTRICT OF WASHINGTON

BRANDON COOPER

v.

SUE BAUER, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5777BHS

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation; and

This action is **DISMISSED** without prejudice for failure to prosecute.

| April 8, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |
| | *s/CM Gonzalez* |
| | Deputy Clerk |